# UNITED STATES DISTRICT COURT
## FOR THE United States District Court for the Western District of Washington

Bronwen Walters

                              Plaintiff,

v.                                                 Case No.: 3:15−cv−05651−RJB

                                                         Judge Robert J. Bryan

Walden University LLC, et al.

                              Defendant.

## MINUTE ORDER SETTING TRIAL AND PRETRIAL DATES

| | |
|---|---|
| FIVE DAYS JURY TRIAL set for | November 14, 2016 at 09:30 AM |
| Deadline for the FILING of any motion to join parties | December 21, 2015 |
| Disclosure of expert testimony under FRCP 26(a)(2) | May 18, 2016 |
| All motions related to discovery must be FILED by | June 27, 2016 |
| Discovery COMPLETED by | July 18, 2016 |
| All dispositive motions must be FILED by | August 16, 2016 |
| Motions in limine should be FILED by<br>   and NOTED on the motion calendar no later than the third Friday thereafter, but no later than the Friday before any scheduled pretrial conference. | October 17, 2016 |
| Agreed pretrial order LODGED with the court by | October 28, 2016 |
| Pretrial conference will be HELD on<br>   (COUNSEL SHALL REPORT TO COURTROOM A) | November 4, 2016 at 08:30 AM |
| Trial briefs, proposed voir dire &jury instructions due * | November 4, 2016 |

    *JURY INSTRUCTIONS See Local Civil Rule LCR51. A Manual of Model Civil Jury Instructions For the Ninth Circuit − Latest Edition should be used as the format for proposed jury instructions. See www.wawd.uscourts.gov

    PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW need not be submitted unless specifically requested by the Judge.

    If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court.

    If this case is settled, please advise Dara Kaleel, Courtroom Deputy to Judge Bryan immediately at (253) 882−3824. If this case is not settled, it will go to trial on the date set or as soon thereafter as the court is available.

    DATED:   December 14, 2015

The foregoing Minute Order entered by /s/ Dara L. Kaleel, Deputy Clerk, BY DIRECTION OF THE HONORABLE ROBERT J. BRYAN, UNITED STATES DISTRICT JUDGE.