THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRONWEN WALTERS,<br><br>　　　　　Plaintiff,<br>　v.<br>WALDEN UNIVERSITY, LLC,<br><br>　　　　　Defendant. | CASE NO. 3:15-cv-5651-RJB<br><br>**STIPULATION TO ORDER OF DISMISSAL WITH PREJUDICE** |

STIPULATION TO DISMISSAL WITH
PREJUDICE - 1
CASE NO. 3:15-cv-5651-RJB

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044  Tel: 206.839.4800

1  Plaintiff Bronwen Walters and Defendant Walden University, LLC, by and through
2  their counsel, hereby stipulate to dismissal of all claims of Plaintiff in this action with prejudice
3  pursuant to FRCP 41(a)(1)(A)(ii).  Each party is to bear their own fees and costs.

4  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

5  Respectfully submitted this 9th day of February, 2016.

6  */s/ Lara Hruska*  */s/ Andrew R. Escobar*
7  CASSADY LAW FIRM  Andrew R. Escobar, WSBA No. 42793
   Lara R. Hruska WSBA No. 46531  Michael J. McClain, WSBA No. 47927
8  Charlotte Cassady WSBA No.19848  DLA Piper LLP (US)
   1700 Seventh Avenue, Suite 2100  701 Fifth Avenue, Suite 7000
9  Seattle, Washington  98101  Seattle, Washington  98104-7044
   Tel: 206.452.5665 / Fax: 206.299.9960  Tel:  206.839.4800 / Fax:  206.839.4801
10 E-mail:  lara@cassadylaw.org  E-mail: andrew.escobar@dlapiper.com
   E-mail:  charlotte@cassadylaw.org  E-mail: michael.mcclain@dlapiper.com
11

12 Attorneys for Plaintiff Bronwen Walters  Attorneys for Defendant Walden University, LLC

13

14

15 **ORDER**

16 PURSUANT TO STIPULATION, it is ORDERED that the above-captioned matter is
17 hereby dismissed with prejudice under FRCP 41(a).

18

19 DATED: _____  _____
                                  HON. ROBERT J. BRYAN
20                                United States District Judge

21

22

23

24

25

26

STIPULATION TO DISMISSAL WITH
PREJUDICE - 1
CASE NO. 3:15-cv-5651-RJB

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044  Tel: 206.839.4800

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Andrew R. Escobar*
Andrew R. Escobar, WSBA No. 42793

EAST\121204904.1

STIPULATION TO DISMISSAL WITH
PREJUDICE - 2
CASE NO. 3:15-cv-5651-RJB

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044  Tel: 206.839.4800